THE FLEISHMAN LAW FIRM
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar # 251657
5850 Canoga Ave., 4th Floor
Woodland Hills, CA 91367
telephone 818-710-2724
fax 818-710-2728
erisa@erisarights.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETAR MRKONJIC | NO. CV |
| Plaintiff, | COMPLAINT |
| vs. | FOR BENEFITS UNDER AN EMPLOYEE BENEFIT PLAN |
| DELTA FAMILY-CARE AND SURVIVORSHIP PLAN, an ERISA plan; DELTA RETIREMENT PLAN, an ERISA plan; The Administrative Committee of Delta Air Lines, Inc., a plan administrator; DOES 1 through 10, inclusive | |
| Defendants. | |

COMES NOW THE PLAINTIFF, Petar Mrkonjic, and for causes of action against all defendants, alleges as follows:

1. This court has subject matter jurisdiction of this dispute without regard to the citizenship of the parties pursuant to 29 USC 1132(a)(1)(B), (a)(3), and (e)(1).

2. Plaintiff is informed and believes, and based upon such information and belief alleges, that DELTA FAMILY-CARE AND SURVIVORSHIP PLAN (hereinafter "Disability Plan") and DELTA RETIREMENT PLAN (Retirement Plan) are ERISA plans formed by Delta Air Lines, Inc. (Delta) under which the plaintiff is entitled to benefits. At all times herein mentioned, plaintiff was entitled

1

to long term disability benefits under the Disability Plan. Said benefits were to be given to the plaintiff should he become totally disabled.

3. Plaintiff is and was at all times herein mentioned, a resident of the County of Los Angeles, State of California.

4. Plaintiff is unaware of the true names and capacities of defendants named herein as DOES 1 and 2 and 4 through 10 and has therefore named such defendants by such fictitious names. Plaintiff will ask leave of court to amend the complaint to state the true names and capacities of the DOE defendants when the same are ascertained.

5. Plaintiff is informed and believes, and based upon such information and belief alleges, that each of the defendants was acting as the agent and employee of each of the remaining defendants with regard to all actions described herein and all benefits due plaintiff and all damage caused to plaintiff.

6. The Administrative Committee of Delta Air Lines, Inc. (The Committee) was the plan administrator of the Disability Plan and Retirement Plan at all times relevant.

7. At all times relevant, Plaintiff was employed by Delta. He was injured in December 2003 and received short term disability benefits from the Disability Plan until he returned to work in February 2004. After working more than 2 weeks, he stopped working again because of the injury that he received in late 2003, which injury was the same injury that was the basis upon which he received short term disability benefits starting in 2003.

9. Plaintiff stopped working in March 2004 because of his disability and timely reapplied to The Committee, and the Disability Plan for the Disability Plan's benefits.

10. On April 29, 2005, the defendants told plaintiff that he was not covered by the Defendant Disability Plan. The plaintiff was never told by the Committee or any of the other defendants or their agents that he could appeal the denial of

benefits under the Defendant Disability Plan or why that plan did not apply to him in violation of 29 CFR §2560.503-1(g).

11. On November 6, 2006, the Plaintiff appealed the denial of disability benefits under that plan.

12. On May 1, 2007, plaintiff was notified by the Defendant Disability Plan that a review of the file showed that he met the definition of disabled under the Defendant Disability Plan.

13. On June 15, 2007, The Committee wrote to the plaintiff that he was entitled to benefits under the Disability Plan retroactive to September 23, 2004, in the gross amount of $2,717.05 per month. The Committee claimed that the Disability Plan was entitled to a credit against the monthly benefits due the plaintiff for the sums that he received from his pension because he took an early retirement, from his workers' compensation claim, and from his social security disability benefits, leaving $0 to be paid by the Disability Plan to the plaintiff. 4 Plaintiff filed a lawsuit in this court against the defendants, case number CV 10-2087, challenging the correctness of set-offs to disability benefits and seeking to rescind his election to take pension benefits. On April 14, 2014 the court issued its judgment. The judgment, among other things, rescinded the plaintiff's pension decision and gave the defendants instructions on how to recalculate the plaintiff's disability benefits with regard to set-offs to benefits.

15. On September 17, 2014, the Committee announced its decision regarding its calculation of the set-offs and repayments that the Disability and Pension Plans are entitled. The decision of the Committee does not conform to the judgment entered by this court in case number CV 10-2087 in that it seeks from plaintiff's disability benefits more money for the Pension Plan than that ordered by the judgment. As a result of the Committee's decision, plaintiff has been and continues to be denied disability benefits due him under the judgment.

16. Plaintiff is left with no choice but to file this law suit at the present

time.

17. Plaintiff has been required to hire attorneys to represent him in this matter and to recover benefits due him under the various Plans. Plaintiff has and will incur attorney fees. The exact amount is unknown to plaintiff and he seeks leave to amend this complaint when the same has been ascertained or at the time of trial according to proof.

18  Plaintiff is entitled to arrears in benefits owed to him and an award of interest on all money that should have been paid to him.

19. Plaintiff seeks relief under ERISA §502(a)(1)(B).

WHEREFORE, plaintiff prays this court:

1. For all disability benefits due him in the past and future under the Disability plan plus interest;

2. For reasonable attorney fees;

6. For costs of suit; and

7. For such other and further relief as this court may deem just and proper.

DATED:   March 26, 2015

/s/
CHARLES J. FLEISHMAN
Attorney for plaintiff