UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETAR MRKONJIC,<br><br>           Plaintiff,<br><br>v.<br><br>DELTA FAMILY-CARE DISABILITY & SURVIVORSHIP PLAN, an ERISA plan; DELTA RETIREMENT PLAN, an ERISA plan, THE ADMINISTRATIVE COMMITTEE OF DELTA AIR LINES, INC., a plan administrator, DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.  2:15-cv-02255-JAK-JC<br><br>**JUDGMENT**<br><br>JS-6<br><br>Courtroom:  750<br>The Honorable John A. Kronstadt |

     This Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58 against the Delta Family-Care Disability and Survivorship Plan, the Delta Retirement Plan and the Administrative Committee of Delta Air Lines, Inc. ("Defendants"), as to Plaintiff's claim that the Social Security benefit offset should be recalculated using 2003 rates.

     The Court enters judgment in favor of Defendants on Plaintiff's claims that the worker's compensation offset was not properly calculated and as to the

corrected total amount of the overpayment to Plaintiff from Delta Retirement Plan after adjusting for the Social Security claim referred to in the prior paragraph. Specifically, the Court enters judgment that the correct amount of the overpayment was $167,210.00 at the time of the Administrative Committee's first decision on remand as of September 17, 2014, and that the net overpayment due to the Delta Retirement Plan from Plaintiff at that time was $62,017.07.

The Court further enters judgment with respect to the repayment period by concluding that the Administrative Committee's decision on the second remand of March 14, 2016 was not arbitrary or capricious.

Dated: September 12, 2016.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE