UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETAR MRKONJIC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DELTA FAMILY-CARE &<br>SURVIVORSHIP PLAN et al.,<br><br>　　　　Defendants. | No. 2:15-cv-02255-JAK-JC<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 127)**<br><br>**JS-6** |

　　　Based on a review of the Stipulation for Dismissal with Prejudice (the "Stipulation" (Dkt. 127)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The above-entitled action is dismissed with prejudice, and each party shall bear its and his own fees and costs.

DATED: February 8, 2022

　　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　United States District Judge